MARK MAUSERT, ESQ.
Nevada State Bar No. 2398
729 Evans Avenue, Reno, NV 89512
T/N - (775) 786-5477 | FAX - (775) 786-9658
EML - mark@markmausertlaw.com
*Counsel for Plaintiff.*

DAN C. BOWEN, ESQ.
Nevada State Bar No. 1555
5595 Kietzke, # 111, Reno, NV 89511
T/N - (775) 323-8678 | FAX - (775) 786-6631
EML - dbowen@bowenhall.com
*Counsel for Defendant.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL FONTES,<br>　　　　　　　　　Plaintiff,<br>vs.<br>CHHINA FOODS INC., RANBIR CHHINA, and DOES 1-10,<br>　　　　　　　　　Defendants. | Case No.<br>3:19-CV-00350-MMD-WGC<br><br>**STIPULATION/ORDER EXTENDING TIME TO ANSWER COMPLAINT**<br>**(First Request)** |

　　　IT IS HEREBY STIPULATED AND AGREED TO, by and between the above-named parties, Plaintiff KRYSTAL FONTES (through her undersigned counsel) and Defendants CHHINA FOODS, INC. and RANBIR CHHINA (through their undersigned counsel) pursuant to LR IA 6-1 that, inasmuch as Defendants' counsel was out-of-state from before the Complaint was served and until June 29, 2019, and Defendants are and will be out-of-country since July 1, 2019, and until July 24, 2019, and thus will not be able to meet and then prepare a responsive pleading until after July 24, 2019, Defendants may have an additional thirty (30) days (or to, and including, August 16, 2019) within which to answer the complaint or otherwise plead in the above-captioned proceeding.

　　　Each of the above-named parties represent that this is the first such request and is made not for the purpose of delay but, rather, so that justice may be done.

/ / /

**AFFIRMATION**

In compliance with NRS 239B.030, each of the undersigned does hereby affirm that the preceding document does not contain the social security number of any person.

DATED this ___3rd___ day of ___July___, 2019.

/s/ *Mark Mausert*

---
Mark Mausert, Esq.
729 Evans Avenue, Reno, NV 89512
T/N - (775) 786-5477 | FAX - (775) 786-9658
EML - mark@markmausertlaw.com
*Counsel for Plaintiff.*

DATED this _____ day of ___July___, 2019.

BOWEN LAW

---
Dan C. Bowen, Esq.
5595 Kietzke Ln., # 114, Reno, NV 89511
T/N - (775) 323-8678 | FAX - (775) 786-6631
EML - dbowen@bowenhall.com
*Counsel for Defendants.*

**IT IS SO ORDERED:**

*William G. Cobb*
---
U.S. MAGISTRATE JUDGE

**DATED:** __July 16, 2019_____, 2019.