MARK MAUSERT
Nevada State Bar No. 2398
729 Evans Avenue
Reno, Nevada 89512
(775) 786-5477 Telephone
(775) 786-9658 Facsimile
mark@markmausertlaw.com

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRYSTAL FONTES, | Case No.: 3:19-cv-00350-MMD-WGC |
| Plaintiff, | |
| vs. | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
| CHHINA FOODS, INC., RANBIR CHHINA and DOES I-X,, | |
| Defendants. | |

Plaintiff, KRYSTAL FONTES, and Defendants, CHHINA FOODS, INC. and RANBIR CHHINA, by and through their respective counsel of record, hereby stipulate and respectfully request an order dismissing the entire action with prejudice.

///
///
///
///
///
//
//
//
//

Each party shall bear its own costs and fees for the claims dismissed by this Stipulation and Order.

DATED this 29 day of October, 2019.

MARK MAUSERT LAW OFFICE

By: /s/ Mark Mausert
MARK MAUSERT
729 Evans Avenue
Reno, Nevada 89512
*Attorney for Plaintiff*

DATED this 29 day of October, 2019.

BOWEN LAW

By: _____
DAN C. BOWEN
5595 Kietzke Lane, Suite 111/114
Reno, NV 89511
*Attorney for Defendant*

**IT IS SO ORDERED.**

Dated this 29th day of October, 2019.

_____
UNITED STATES ~~MAGISTRATE~~ JUDGE

2.